IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CEDRIC ANDREL GLAZE,**     CASE NO. 1:19 CV 2974

    Petitioner,

    v.     JUDGE JAMES R. KNEPP II

**WARDEN DONNIE MORGAN,**

    Respondent.     **MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Magistrate Judge Carmen E. Henderson's Report and Recommendation ("R&R") to deny Petitioner Cedric Andrel Glaze's motion for injunctive relief (Doc. 8) in this 28 U.S.C. § 2254 habeas corpus case. (Doc. 13).

Under the relevant statute:

> Within fourteen days of being served with a copy [of a Magistrate Judge's R&R], any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(2). The failure to file timely written objections to a Magistrate Judge's R&R constitutes a waiver of *de novo* review by the district court of any issues covered in the R&R. *Thomas v. Arn*, 728 F.2d 813, 814-15 (6th Cir. 1984); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

In this case, the R&R was issued on August 10, 2021, and it is now September 14, 2021. Petitioner has neither filed objections nor requested an extension of time to file them. Despite the lack of objections, the Court has reviewed Judge Henderson's R&R, and agrees with the findings and recommended rulings therein. Therefore, the Court ADOPTS Judge Henderson's R&R (Doc.

13) as the Order of this Court, and denies Petitioner's motion for injunctive relief (Doc. 8) as set forth therein. This case remains referred to Judge Henderson for consideration of Petitioner's underlying habeas corpus claims.

    IT IS SO ORDERED.

                                         s/ *James R. Knepp II*
                                      UNITED STATES DISTRICT JUDGE